NO. 07-03-0202-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

SEPTEMBER 11, 2003

_____


HEATHER LYNNE QUEEN, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE


_____

FROM THE 100TH DISTRICT COURT OF CARSON COUNTY;

NO. 2955; HONORABLE DAVID M. MCCOY, JUDGE

_____

Before JOHNSON, C.J., and REAVIS and CAMPBELL, JJ.

MEMORANDUM OPINION

Appellant Heather Lynne Queen filed a Motion to Dismiss Appeal on September 10, 2003, averring that she no longer wishes to prosecute her appeal. The Motion to Dismiss is signed by both appellant and her attorney.

Without passing on the merits of the case, appellant's motion for voluntary dismissal is granted and the appeal is hereby dismissed. Tex. R. App. P. 42.2. Having dismissed

the appeal at appellant's personal request, no motion for rehearing will be entertained and our mandate will issue forthwith.


Phil Johnson
Chief Justice


Do not publish.